FILED
ASHEVILLE, NC
DEC 3 1 2025
U.S. DISTRICT COURT
W. DISTRICT OF N.C

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:25-mj-354-WCM |
| ) | |
| v. ) | **MOTION TO SEAL THE COMPLAINT** |
| ) | UNDER SEAL |
| CHRISTIAN STURDIVANT ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Criminal Complaint, Affidavit, this Motion and any Order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this the 31st day of December, 2025.

RUSS FERGUSON
ATTORNEY FOR THE UNITED STATES

//s// Robert J. Gleason
Robert J. Gleason
Assistant United States Attorney
NC Bar Number 16167
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
704/344-6222 (Main Line)
704/227-0197 (Fax)
Email: Robert.Gleason@usdoj.gov