# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

FILED
ASHEVILLE, NC

DEC 3 1 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

United States of America
v.

CHRISTIAN STURDIVANT

*Defendant(s)*

Case No. 3:25-mj-354-WCM

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 18, 2025 - December 29, 2025, in the county of Mecklenburg in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempted Material Support to a Foreign Terrorist Organization |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

/s/ John Ryan Anthony
*Complainant's signature*

John Ryan Anthony, Special Agent, FBI
*Printed name and title*

Sworn in accordance with Rule 4.1.

Date: 12/31/2025

*Judge's signature*

City and state: Asheville, NC

Honorable W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*