**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, John Ryan Anthony, being duly sworn, hereby state the following under penalty of perjury:

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since October 2024. Since that time, I have worked on cases involving primary nihilistic violent extremism, racially and ethnically motivated violent extremism, and international terrorism. I have also had the opportunity to interact with and learn from agents more experienced in the areas of international terrorism and criminal offenses in general. Prior to becoming an FBI Special Agent, I served approximately seven years on active duty as a Captain in the United States Marine Corps, holding multiple leadership positions, including Company Commander. I attended Marine Corps University and various professional military education schools where instruction focused heavily on counterinsurgency operations and the tactics, techniques, and procedures employed by Foreign Terrorist Organizations ("FTOs"). Through this training and subsequent operational assignments, I gained extensive experience operating in high-threat environments and countering threats posed by FTOs. I have also received training on indicators, behaviors, and tactics associated with homegrown violent extremism within the United States.

2. This document contains a summary of the facts of the investigation and not the complete details therein.

3. This affidavit is submitted in support of an application for complaint and arrest warrant charging Christian Sturdivant, hereafter Sturdivant, for a 18 U.S.C. § 2339B, Attempting to Provide Material Support or Resources to a Designated Foreign Organization[1].

---

[1] Material support is described in 18 U.S.C. § 2339B:

## BACKGROUND

4. ISIS[2] was designated a Foreign Terrorist Organization ("FTO") by the US Department of State in accordance with section 219 of the Immigration and Nationality Act ("INA"), as amended. ISIS historically has used social media platforms to recruit personnel and coordinate terrorist activities in the United States and elsewhere.

---

Whoever knowingly provides material support or resources to a foreign terrorist organization, or attempts or conspires to do so, shall be fined under this title or imprisoned not more than 20 years, or both, and, if the death of any person results, shall be imprisoned for any term of years or for life. To violate this paragraph, a person must have knowledge that the organization is a designated terrorist organization (as defined in subsection (g)(6)), that the organization has engaged or engages in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), or that the organization has engaged or engages in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989)

No person may be prosecuted under this section in connection with the term "personnel" unless that person has knowingly provided, attempted to provide, or conspired to provide a foreign terrorist organization with 1 or more individuals (who may be or include himself) to work under that terrorist organization's direction or control or to organize, manage, supervise, or otherwise direct the operation of that organization. Individuals who act entirely independently of the foreign terrorist organization to advance its goals or objectives shall not be considered to be working under the foreign terrorist organization's direction and control.

18 U.S.C. § 2339B (emphasis added). Definitions appear in 18 U.S.C. § 2339A:

[T]he term "material support or resources" means any property, tangible or intangible, or service, including currency or monetary instruments or financial securities, financial services, lodging, training, expert advice or assistance, safehouses, false documentation or identification, communications equipment, facilities, weapons, lethal substances, explosives, personnel (1 or more individuals *who may be or include oneself*), and transportation, except medicine or religious materials…

18 U.S.C. § 2339A (emphasis added).

[2] On or about October 15, 2004, the U.S. Secretary of State ("Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO.

5. I have learned that, since at least 2014, ISIS leaders have made public proclamations that ISIS will fight until it has established a Caliphate that will be ruled under ISIS's extreme version of Shariah (Islamic) Law. A Caliphate is an Islamic kingdom. At least one of STURDIVANT's posts, shown in Figure 2 and described in paragraph 15 *infra,* appears to reference the 1095 to 1291 Crusades, when Christians and Muslims fought in an epic battle for capture of Jerusalem. Individuals familiar with ISIS's methods have stated that ISIS's claims about a Caliphate are part of an effort to portray ISIS's violence as a religious quest for an Islamic paradise, and as retribution for the Crusades. These claims have been a successful feature in ISIS's aggressive efforts to bolster its troop numbers by recruiting fighting aged men living abroad, who tend to be active online, spent time on video games, and are often animated by claims of righteous, epic battles. These young, radicalized individuals often become part of the ISIS propaganda cycle themselves, creating posts intended to motivate others to become interested in fighting with ISIS and otherwise amplifying ISIS's recruitment efforts.

6. The United States Department of State warns that the Islamic State of Iraq and Syria ("ISIS") has dramatically undermined stability in Iraq, Syria and the broader Middle East and poses a threat to international peace and security. ISIS continues to commit gross, systematic abuses of human rights and violations of international law, including indiscriminate killing and deliberate targeting of civilians, mass executions and extrajudicial killings, persecution of individuals and entire communities on the basis of their identity, kidnapping of civilians, forced displacement of Shia communities and minority groups, killing and maiming of children, rape and other forms of sexual violence,

along with numerous other atrocities. ISIS presents a global terrorist threat which has recruited thousands of foreign fighters to Iraq and Syria from across the globe and leveraged technology to spread its violent extremist ideology and to incite terrorist acts. As noted in UN Security Council Resolution 2170, "terrorism can only be defeated by a sustained and comprehensive approach involving the active participation and collaboration of all States... which is why our first priority is to encourage others to join in this important endeavor."

**THE INVESTIGATION**

7. Charlotte FO opened an investigation on Sturdivant in January of 2022. At the time, Sturdivant was a minor. Sturdivant was in contact via social media with an unidentified ISIS member from a country in Europe. Sturdivant received direction from this unidentified ISIS member to dress all in black, knock on people's doors, and attack them with a hammer. Sturdivant used his cellphone to communicate with ISIS members online.

8. FBI learned that in January 2022, Sturdivant did in fact leave his house dressed in all black to kill his neighbor with a hammer and knife. Sturdivant's grandfather was able to restrain Christian Sturdivant and bring him back to the house. Sturdivant pledged "Bayat," a loyalty oath, to ISIS before he planned to conduct the hammer attack.

9. On or about December 18, 2025, Charlotte Field Office ("FO") received information that Social Media Platform 1 account username akhiabdul5 and showing the display name Abu-Bakr-Al-Amriki had published multiple social media posts in support of ISIS. The account was open and accessible to the public. Charlotte FO was able to review the account and capture some of the posts published by it.

10. Business records received from a Social Media Platform 1 in response to legal process identify the account holder akhiabdul5. The account was associated to Signup ID: chrisitan120cq@gmail.com; Signup IP: 96.10.56.57 (Spectrum Business, USA); sign up date June 18, 2025; email: sturdivantc32@gmail.com. On or about November 13, 2025, the user logged into the account via a specific IP address associated with TELECOMMUNICATIONS PROVIDER 1. Business records provided by TELECOMMUNICATIONS PROVIDER 1 in response to legal process show subscriber records associated with the account was Sturdivant's grandfather at address XXXXX Hanging Moss Trail, Mint Hill, NC 28227-8933. Both email addresses associated with the Social Media Platform 1 account appear to be references to Christian Sturdivant (**sturdivantc**32@gmail.com and **Christian**120cq@gmail.com with emphasis in bold).

11. Based on my training and experience, as well as my review of open-source materials, I know Social Media Platform 1 account: akhiabdul5's display name "Abu Bakr al Amriki" has elements commonly used in extremist or jihadist-inspired aliases. "Abu Bakr" is an Arabic kunya (a teknonym or honorific name) meaning "father of Bakr." It is also the name of Abu Bakr al-Baghdadi, the former leader (self-proclaimed 'caliph') of the Islamic State of Iraq and Syria (ISIS). The use of "Abu Bakr" in an alias can be indicative of admiration for, or identification with, that individual or his ideology. "Al Amriki" is an Arabic nisba "the American" or "of America." Within jihadist and related extremist propaganda, foreign fighters or supporters from the United States or other Western countries frequently adopt aliases like "al Amriki" to denote their perceived origin or affiliation—in this case, American origin. Taken together, the alias "Abu Bakr al Amriki" can be

understood as "Abu Bakr the American." The structure and components of this name are consistent with naming patterns used in ISIS and other jihadist propaganda and by individuals who seek to identify themselves as American supporters or members of such groups. Sturdivant appears to use Social Media Platform 1 account akhiabdul5 for communicating with ISIS members and posting pro-ISIS propaganda.

12. The following images are examples and not an exhaustive list of the content of Social Media Platform 1 Account akhiabdul5. Throughout this affidavit, I will refer to the user of akhiabdul5 as "Sturdivant."

13. On or about October 3, 2025, Sturdivant made another post on akhiabdul5 that depicts what appears to be tactical or military style gloves with on-screen text citing the Holy Quran, Surah 47 verse 4 (Fig. 1), which translates to:

> So when you meet those who disbelieve [in battle], strike [their] necks until, when you have inflicted slaughter upon them, then secure their bonds, and either [confer] favor afterwards or ransom [them] until the war lays down its burdens. That [is the command]. And if Allah had willed, He could have taken vengeance upon them [Himself], but [He ordered armed struggle] to test some of you by means of others. And those who are killed in the cause of Allah - never will He waste their deeds.
>
> (https://legacy.quran.com/47/4).



Fig 1.

14. On or about October 7, 2025, Sturdivant made a post on Social Media Platform 1 account akhiabdul5 that showed what appeared to be a black ballistic vest with a "223" sticker with on-screen text that read: "Islam is on the rise. May Allah curse the crusade coalition and their taghut allies. Janaham awaits the nonbelievers" (Fig. 2). Janaham is commonly accepted to represent hell in Islam and the numbers 223 likely refers to a rifle caliber. In the post, Sturdivant appears to have his index finger extended. Based on my training and experience, the index finger extended/raised in Islam symbolizes the oneness of God and is a central tenet of the Islamic faith. This gesture is used during the Shahada, the Islamic declaration of faith, to affirm that there is no deity worthy of worship except Allah, and that Muhammad is his messenger. ISIS members are commonly seen posing in this manner in propaganda photos and videos.



Fig 2.

15. I have learned that, since at least 2014, ISIS leaders have made public proclamations that ISIS will fight until it has established a Caliphate that will be ruled under ISIS's extreme version of Shariah (Islamic) Law. A Caliphate is an Islamic kingdom, and this post appears to reference the 1095 to 1291 Crusades, when Christians and Muslims fought in an epic battle for capture of Jerusalem. Individuals familiar with ISIS's methods have stated that ISIS's claims about a Caliphate are part of an effort to portray ISIS's violence as a religious quest for an Islamic paradise, and as retribution for the Crusades. These claims have been a successful feature in ISIS's aggressive efforts to bolster its troop numbers by recruiting fighting aged men living abroad, who tend to be active online, spent time on video games, and are often animated by claims of righteous, epic battles. These young, radicalized individuals often become part of the ISIS propaganda cycle themselves, creating posts

intended to motivate others to become interested in fighting with ISIS and otherwise amplifying ISIS's recruitment efforts.

16. In early December 2025, Sturdivant made a post on Social Media Platform 1 account akhiabdul5 depicting two miniature figurines of Jesus with the on-screen text that read: "They worship prophet isa. He was just a prophet of Allah just as Muhammad (pbuh) May Allah curse the cross worshipers." The post is consistent with ISIS historic practice of casting Christians as a threat to all of Islam, and calling for the extermination of all non-believers, including Christians and other Muslims who do not agree with ISIS's extreme ideology. This vilification of all other religious groups has been part of a calculated effort by ISIS to portray their actions - including violent acts of terrorism, enslaving minorities, seizing of civilian homes and property – as justified under their interpretation of Islamic law. It also fosters an "us versus them" mentality that allows radicalized individuals to dehumanize those who could suffer or die in acts of terrorism. (Fig. 3).



Fig. 3

17. On or about December 11, 2025, Sturdivant posted a picture of a black male with the face blurred and the index finger extended with a caption that read, "Christmas oh Christmas." The post also had several flame emojis (Fig.4).



Fig. 4

18. Based on my training and experience, this post could be a reference to a violent terrorist attack. I know that radicalized ISIS followers have previously targeted Christmas events and public gatherings for violent attack. For example, in 2016 an ISIS follower attacked a Christmas market in Berlin, Germany killing 12 people. (For more, see, https://www.bbc.com/news/articles/c2dz7r708dxo.) Plots by ISIS followers targeting Christmas events were foiled just this month in Germany and Poland, and earlier, in 2016 in Australia.

19. On or about December 12, 2025, Sturdivant began communicating with an individual on Social Media Platform 1 and later Communications Application 1. Unbeknownst to Sturdivant, this individual was a government online covert employee and is referred to herein as "OC."

20. On or about December 13, 2025, Sturdivant (indicated just here as "ST") and the OC had the following direct message exchange on Social Media Platform 1:

> OC: I am only ask like a brothar
>
> OC: Wallahi nothang more
>
> OC: We see so much people pretend know and all this and say want come and after they turn no real
>
> ST: I will do jihad soon

21. On or about December 13, 2025, the OC and Sturdivant (just here as "ST") had the following direct message exchange on Social Media Platform 1 exchange:

> OC: I told the big person here In charge I told he a brother in Amerika say he wants to do jihad there he said he not know about anything. He know most things beucse they tell he most moves. He said ask he how and who he
>
> talk with for on.

ST: I'm a soldier of the state.

22. Based on my training and experience, the speaker's use of the phrase "the state" is a reference to ISIS. I know that ISIS currently has active cells in many countries in Africa that have weak central governments, so I believe that Sturdivant is saying he could join ISIS in Africa as an alternative plan, or "plan b."

23. One image from Social Media Platform 1 account akhiabdul5 that Sturdivant posted dated on or about December 13, 2025, depicts a Black or mixed-race male with the face blurred and pointing an index finger to the sky with on-screen text that reads: "Jannah awaits to those who preserve and fight in the name of Allah. Soon I will meet Allah" (Fig. 5). Sturdivant is raising his index finger symbolizing the oneness of God which is a central tenant of the Islamic faith.



Fig. 5

24. Based on my training and experience, as well as information I have received from other FBI special agents with extensive experience in counterterrorism investigations, I know that radicalized individuals spend time online attempting to connect with and receive emotional and religious validation from other likeminded individuals. By signaling their support for ISIS in coded ways, such as the one-finger symbol, these individuals can connect with other like-minded people online and begin to imagine they are part of a cohesive community.

25. On or about December 14, 2025, Sturdivant sent a direct message on Social Media Platform 1 to the OC of an image of two hammers and a knife making the hand sign of the

Shahada (Fig. 6). The post is significant because the 2016 issue of Rumiyah, an ISIS propaganda magazine, promoted the use of knives to conduct terror attacks in western countries. Numerous ISIS inspired knife attacks have occurred in the United Kingdom since the publication. The same magazine was used by ISIS to promote the use of trucks to conduct vehicles ramming attacks such as the one in Nice, France during Bastille Day celebrations, and later in New Orleans on New Years Day 2025.



Fig. 6

26. On or about December 14, 2025, the OC and Sturdivant (just here as "ST"), had the following direct message exchange on Social Media Platform 1:

OC: Is ok Habibi I just see you made delete for the tak and is like no respect for the trust we have you worry from me Akhi if you delete talk how I know you say is real

OC: I love you like brother in the see

ST: Because us federal

OC: Deen

ST: They can see the talking
ST: I hate the federal kafir

27. Further on in the conversation on or about December 14, 2025, Sturdivant told the OC over Communications Application 1 direct message how long he has been making his plan:

OC: How long you is making this plan

ST: A year

28. On that same day OC asked Sturdivant about his post on the ballistic vest and the price. Sturdivant answered that he had plenty more and that the price was 20 dollars. Your affiant believes this to be in reference to the post captured by Fig. 2.

29. Following the conversation regarding the vest, OC and Sturdivant (just here as "ST") had the following direct message exchange on Social Media Platform 1:

OC: Ok akhi make duaaaa for us

ST: Yes

OC: Is ok akhi wok good

OC: Give you money

ST: I always make dua for the state

ST: I am a follower and soldier of the state

30. Based on my training and experience, dua is a personal prayer to Allah from the practitioner. In this exchange Sturdivant reiterate his allegiance to ISIS.

31. On or about December 15, 2025, the OC and Sturdivant (just here as "ST") had the following direct message exchange on Social Media Platform 1 exchange:

> OC: But yesterday things you show meeee I say this brother no lie
>
> ST: Im prepared for death
>
> OC: We all in this dunya akhi. What is the plan you is make akhi. You make it alone you know location or how is you thinking this I am talk with you like mature brother and Inshallh you when the same respect for each other. You like fish
>
> ST: Yes Ahki. In public place

32. The FBI received records of the Electronic Communications Application 1[3] containing communication logs between the OC and Sturdivant on Electronic Communications Application 1 reflecting communications that took place between on or about December 16, 2025, to December 22, 2025.

33. On or about December 18, 2025, the OC and Sturdivant (indicated just here as "ST") had the following direct message exchange on Communications Application 1:

> OC: He say for ask you what is you plan so I tell he and he talk with brother
>
> OC: What is location like what is the kind of the plan
>
> OC: I show he everything you send me so inshllah the trust is there and we make it the trust strong

---

[3] Electronic Communications Application 1 is a freeware messaging application developed by A different social media platform. It allows users to send and receive text messages, voice messages, photos, videos, documents, and make voice and video calls over the internet.

OC:   I to he brother is make plan over one year and he show me the knife and things he is have he say ask he more detail so maybe connect with other brother in amerika

OC:   I hope you is real and you not lie and you no police I am trusting with all this information

ST:   I am not taghut police

ST:   Tell the other brother to not make attack plans public.

34. Later in the conversation on the same day, the OC and Sturdivant (indicated just here as "ST") had the following direct message exchange on Communications Application 1:

ST:   The target is taghuti Christian pagans and lgbtq

OC:   Sitting here waiting I told the big brother during fajir salat the brother will tell us

ST:   *Thumbs up emjoi*

OC:   Any specific location and date you got in mind

ST:   *Thumbs up emjoi*

ST:   I have a code name for the day Alhumdullah

ST:   I have location

ST:   But the day of the event I will send you location

ST:   So when it happens the brothers can claim responsibility

35. Based on my training and experience, I believe when Sturdivant is referencing "so when it happens the brothers can claim responsibility," that ISIS can claim responsibility for the attack.

36. On or about December 19, 2025, Sturdivant (indicated just here as "ST"), sent the OC a Communications Application 1 voice recording pledging "Bayat," a loyalty oath, to ISIS:

ST: I pledge my allegiance to Abu Hafs, the new caliph of balad Islamia, I would anything on behalf of him and for the brothers and all the wilayats, may Allah bless all of them and may Allah grant the ones and the brothers that have died in [word unclear] Jennah inshallah. We will fight Jihad fi sabil Allah.)

37. I am aware that Abu Hafs likely refers to Abu Hafs al Hashimi al Qurashi, who is the fifth Caliph (or leader) of ISIS and who was instated as the Caliph of ISIS in 2023.

38. On December 19, 2025, Sturdivant (indicated just here as "ST"), sent the target location to the OC on a Communications Application 1 direct message exchange:

OC: Charge I make him listen to the pledge

OC: So he say ask the brotbar what is name for store so he do research to see if it's good location

OC: If we take claim he need to run it with big brother in Syria

ST: [National Grocery Store 1] food market

OC: Huh

ST: That's the food market ahki

OC: What is location he will make map for it and give it to his boss

ST: I will send it soon Ahki

OC: Jazak Allah

ST: *Heart Emoji*

ST: I will need to take pics of layout

39. I am aware that there is a [National Grocery Store 1] Company-owned food market not far from Sturdivant's place of work. As well, I have learned that, in 2014, [National Grocery Store 1] acquired [National Grocery Store 2]. Database checks for Christian Sturdivant's grandfather, who is his legal guardian, works at [National Grocery Store 2], apparently in

addition to serving as a Christian minister in Charlotte. Database checks for Christian Sturdivant revealed that he presently works at Burger King in Mint Hill, NC, which is within walking distance of a [National Grocery Store 2] in Mint Hill, NC.

40. On or about December 20, 2025, Sturdivant discussed his plans for the attack with OC. The OC asked about Sturdivant's plans, claiming that he knew a brother in Atlanta whom, unknown to Sturdivant, is an FBI undercover employee. Sturdivant asked if the Atlanta brother had firearms and said he planned to attack a food market in Charlotte, NC. Among other things, Sturdivant said he wanted to do a knife and gun attack. Before ending the conversation, Sturdivant told the OC he has done research already and would send it later that night. Sturdivant exchanged the following voice and direct messages with the OC on Communications Application 1 on or about December 20, 2025:

ST:     [Voice Message Transcription] Yes akhi is is close, is close very close to the brother. I will give you the pin location when I get home, akhi. Inshallah. Alhamdulilah.

OC:     I told him the brother say knife jihad and all this and he tell the brother in Atlanta and he say ok

ST:     Does the brother in Atlanta have better equipment

OC:     What you thinking

ST:     I'm thinking food market

ST:     Same area

OC:     Equipment like bettar knife

ST:     Yes

OC:     You thinking anything special for him to ask he

OC:     I am sure amerika not cheap for buy stuff

ST:     Does he have fire arms

OC:     Oh like gun and these things I will tell he to ask
ST:     *heart emoji*

OC:     The brother in Atlanta not rich I know this

ST:     We know he from labanon so maybe fire arms not cheap akhi

OC:     You thinking fire arms and nife

ST:     And I know yes its

ST:     Yes knife and gun attack

41. On or about December 21, 2025, Sturdivant told the OC he wanted to conduct his attack in January because he was "tired of the Americans killing my brother in Iraq and Syria." Sturdivant has the following direct message exchange on Communications Application 1:

OC:     Brothar I have news when is coming online

ST:     Tell me news Ahki

ST:     I changed the month to January btw

ST:     Jihad awaits. I'm tired of the Americans killing my brothers in Iraq and Syria.

42. Further on in the conversation on or about December 21, 2025, Sturdivant has the following direct message exchange on Communications Application 1 with the OC reiterating his claim that Americans' will pay for the airstrikes.

ST:     Yes Ahki I'm at the job

ST:     But tomorrow I will tell you plan it's at a food market in nc

ST:     Much people go

OC:     Allah Akbar

ST:     *heart emoji*

OC:     *yellow hand emoji with index finger extended/raised and three black
flags   emojis [representing three ISIS flags]*

OC:     *yellow hand emoji with index finger extended/raised and one black flag
        emoji [representing one ISIS flag]*

OC:     Inshllah you and brother make this

OC:     I will try get contact for he

ST:     This will happen. They will pay for the airstrikes on the brothers

OC:     So you start plan with he

ST:     *heart emoji*

OC:     First you share with me and I share with big brother than I ask for the
contact

ST:     Ok brother Inshaallah I will talk to you at 9:00 pm

43. Based on my training and experience, and familiarity with recent events, I think it likely
that Sturdivant's statement, "they will pay," refers to the United States and its citizens. I
base this conclusion, in part, on my knowledge that, on December 13, 2025, two National
Guard members were killed during an attack in the Syrian Desert currently attributed to
an ISIS group operating in Syria. In response to that attack, the United States launched
airstrikes against approximately seventy ISIS targets in Syria on December 19, 2025.
Historically, ISIS member and supporters routinely view U.S. airstrikes in Syria as principal
triggers for retaliatory violence. External messaging by ISIS's leadership and propaganda
arms has consistently framed the United States air operations as illegitimate aggression

against all Muslims in order to motivate their followers worldwide to take violent action

against civilians

44. On or about December 24, 2025, Sturdivant and the OC again discussed Sturdivant's

desire to acquire a firearm. Specifically, the following exchange ensued between the

two over Communications Application 1:

> ST: Sorry Ahki I was training today
>
> ST: Preparing for jihad
>
> OC: Akhii
>
> OC: Where you are
>
> OC: I am not hear from you I become worry
>
> OC: Big brothar tell me that brothar in Atlanta have the equipments and he say to
>
> ask you if you want anythang from he
>
> ST: I want guns
>
> ST: Right now I am available for chat
>
> OC: Ok akhi
>
> OC: I can pass that information
>
> ST: Thank you Ahki
>
> OC: IF he asked for money you [unreadable] to pay he
>
> ST: I am still training for the day
>
> ST: Yes I can pay him
>
> OC: They not cheap
>
> ST: I know guns are very expensive in kufr country

OC: [Unreadable]

OC: [Unreadable]

ST: Yes

OC: How is you have to send he

OC: For guns

ST: If he has a cashapp acc or Zelle I can send him money

OC: Ok Akhi is you able do thay tomorrow if I get the number

OC: I am only waiting

ST: Ok Ahki

ST: I been training. I been busy Ahki

OC: How you training

ST: Martial Arts

OC: Mashallllhhhh

ST: Fitness and more

45. On or about December 26, 2025, Sturdivant and the OCE discussed meeting the "Atlanta Brother," meaning the FBI undercover employee ("UCE"), and Sturdivant sending $ 500-600 to the UCE for guns. Sturdivant expressed a desire to meet with the UCE a couple of days before the "plan," meaning the attack plan. Sturdivant mentioned that he had multiple flags so that people would know that he came from "the ummah" a term frequently used to reference the worldwide Muslim population. I know that many ISIS supporters have black flags with ISIS iconography on them and Sturdivant may be referencing these ISIS flags and saying that he plans to use one to make sure the attack he

is planning is attributed to ISIS. Sturdivant also told the OCE he had "white weapons," and explained that this meant knives, axes, and swords. Sturdivant referenced the recent airstrikes by U.S. and Nigerian forces against ISIS targets inside Nigeria and punctuated his remarks with a frown/sad emoji. In discussing his planned attack, he told the OCE he could go to Janah, an Arabic term for heaven. I know that radicalized persons often believe they will be rewarded in the afterlife for acts of violence.

46. On or about December 27, 2025, Sturdivant told the UCE that he was preparing for martyrdom. Sturdivant spoke of freeing Abu Omar Tabiya, an ISIS leader captured and held in prison in Syria.

47. On December 29, 2025, pursuant to a federal search warrant signed by Magistrate Judge Carleton Metcalf, a search was conducted at XXXXX Hanging Moss Trail, Mint Hill, North Carolina, the residence of Sturdivant.

48. During this search, multiple handwritten documents were found in a trashcan located in the laundry room in the vicinity of the residence's kitchen (Fig. 7 and Fig. 8). The documents were intermixed with Chick-fil-A trash in the top half of the trashcan. Below the last identified document was a Bojangles receipt from December 28, 2025 (Fig. 9). In an adjacent room to the kitchen, a receipt for Chick-fil-A was dated December 29, 2025 (Fig. 10). Based on the foregoing, the documents were thrown into the trashcan sometime after December 28, 2025.



Fig. 7



Fig. 8



Fig. 9



Fig. 10

49. One of the documents found in the trashcan was a hand-written document titled, "The New Years Attack 2026" (Fig_11). The first line underneath the title says, "Plan A Company Jihad." It lists a handwritten list of items including a vest, mask, tactical gloves, and two knives. It identifies vital spots such as the stomach and neck. It listed a goal of stabbing as many taghut and civilians as possible and total number of victims as 20 to 21. It also includes a section listed as "martyrdom Op" to attack police once they arrive to die a

martyr. The document includes a training plan and states the attack is in response to the airstrikes in Syria.



Fig. 11

The second handwritten document found in the laundry room trash is titled "Dawlat Al Islamiyah Wilyats (Baqiyah)" (Fig. 12, bottom right). Based on my training and experience, "Dawlat Al Islamiyah Wilyats" refers to the provincial branches, or "Wilayas," of the Islamic State, a militant jihadist group, where "Dawlat Al Islamiyah" means "Islamic State" and "Wilayat" (plural of Wilayah) means "Provinces" or "Governorates." In the top right corner of this document, Sturdivant writes "InshaAllah Al Amriki Wilyat." This appears to be in reference to Sturdivant's display name on Social Media Platform 1, "Abu Bakr al Amriki." The document then appears to list the following Islamic State provinces or Wilayats: Philippines, Sinai, West Africa, Bangladesh, Libya, Greater Sahara, Congo, Mozambiique, Khorasah, Algeria, Azerbaijan, Caucasus, hind, and

Pakistan. Based on my training and experience, Sturdivant was likely conducting research on Islamic State provinces worldwide.



Fig. 12

50. A handwritten loose leaf page titled "Manifesto of Jihad" found in the kitchen trash states a plea to Allah to guide all Sunni Muslims to the ummah and rage jihad to the taghut countries (Fig. 13) was found in the laundry room trash. The term "ummah" is a central Islamic term referring to the global community of believers united by their faith. "Taghut" is an Islamic term used to describe anything worshipped besides Allah, representing rebellion against God, encompassing idols, false deities, tyrannical rulers, corrupt ideologies, or anything that leads people away from divine guidance into transgression.

In ISIS's extremist ideology, the term taghut (transgressor/tyrant) is used as a critical legal and psychological tool to delegitimize any authority that does not strictly adhere to its specific brand of Sharia. In ISIS's extremist ideology, the term jihad is fundamentally redefined as an unending, brutal military obligation rather than its traditional Islamic meaning of "striving" or "struggle." ISIS ideologues argue that true jihad is defined solely by "brutality, callousness, terrorism, and deterrence." They frame military jihad not just as a collective duty of the community (fard kifaya), but as a personal, individual obligation (fard ayn) for every Muslim.

51. The writing proceeds to compare the American society to the Byzantine (Roman) empire and described them as invaders of lands. America like Byzantine, see Islam as a threat and described democracy as a law made from Shaytan himself. "Shaytan" is the Islamic term for the devil or an evil spirit. While the term is often used interchangeably with Iblis (the primary Satan), it serves both as a proper name for the leader of the devils and as a general category for any rebellious or mischievous being.

52. The manifesto claims that American laws and governments are against the Islamic religion and make laws in line with Christianity. The manifesto states, "'Inshallah' there are more attacks against Kafir governments and the kafirs fall in bloodshed while we slaughter them one by one." While traditionally used to describe non-believers, ISIS applies the label "Kafir" to anyone—including Muslims—who does not subscribe to their specific, literalist interpretation of Sunni Islam. In ISIS's extremist ideology, the term kafir (disbeliever/infidel) is used to strip individuals of their humanity and religious protection, serving as a primary justification for violence.

53. Lastly, the document states Allah orders to fight the taghuts and their plan. The document further states this is only "1 page of my hate against taghut nations, may Allah curse their nations. I am a proud jihadi of Dawlat Al Islamiyah may Allah bless the brothers."

54. "Dawlat Al Islamiyah" translates to "The Islamic State." While the term historically refers to the general concept of a state governed by Sharia, it has been co-opted by the militant group ISIS to assert their legitimacy as a global caliphate.



Fig. 12

55. A manila envelope with the handwriting labeled: "Dawalt Al Islamiyah, Attacks Early 2006 to Recent 2025, Many more attacks to come Inshallah" was found in the kitchen trashcan

(Fig. 13). Contained in the envelop were printed Wikipedia articles of attacks attributed to ISIS from the early 2000s to present day. Dawalt Al Islamiyah translates to The Islamic State, which refers to ISIS (Footnote 4). In my training and experience, the path of radicalization for an individual planning a lone wolf attack includes consumption of propaganda from foreign terrorist organizations, as well as research and study of those groups' history and prior attacks. Based on my training and experience, the contents of the envelop show Sturdivant was researching previous attacks of ISIS and collecting documentation of those attacks for his reference. Sturdivant further detailed his desire to conduct more attacks, finalizing his note as "Inshallah" which translates from Arabic to "God willing." The FBI believes Sturdivant's reference to "Many more attacks to come" references to and includes his planned New Year's Eve in Mint Hill, North Carolina.



Fig. 13

56. A handwritten note titled "The Way of the Lion (The Martyrs Notes) (Fig. 14) was found in the kitchen trash. Within the "The Way of the Lion", Sturdivant further detailed that he seeks martyrdom, and he believes he will be forgiven of his sins and Allah will list Sturdivant as a martyr. Sturdivant seeks "pure destruction of America and the West." Sturdivant seeks "pure destruction of Julani and his regime." Based on my training and experience, Sturdivant was referring to Ahmed al-Sharaa, also known as Abu Mohammad al-Julani, who is the current president of Syria following the collapse of the Syrian government under Bashar al-Assad. The Blood of the martyrs will not be forgotten and Sturdivant "will not be forgotten." Further Sturdivant details it is now time to strike back and kill the taghutis. The FBI believes when saying "taghutis," Sturdivant is referring to anyone or anything other than the Islamic Allah. Sturdivant finished his letter stating, " I am Abu-Bakr, i planned this Jihad. I am a live soldier of the Caliphate." In my training and experience, this letter is Sturdivant is drafting martyrdom notes, detailing his willingness to conduct jihad and die for the ISIS cause. Sturdivant articulates his commitment and desire to kill. In my training and experience, writing notes such as this is one of the final steps in the indicators of mobilization for a violent and deadly attack.



Fig. 14

57. An additional handwritten note titled "Abu-Bakr-Al Amriki Al Faroq", which is Sturdivant's name on Social Media Account 1, was found in the kitchen trash (Fig. 15). In this note, Sturdivant details his exact and specific plans and strategy for killing and martyrdom, including Sturdivant's goal for the number of people he intends to kill, the type of weapon he wants to use, his method of goodbye messages to his loved ones. Sturdivant plans out the and the precise particulars of how he wants to execute his plans for jihad. He details how he expects to die following the execution of his plan. The note is detailed below:

> Plan A: Burger King Jihad (Store Jihad).
>
> 1. Weapon of choice: knife
>
> 2. Mask

3. A note for Alligance to Dawlat Al Islamiya [Dawalt Al Islamiyah translates to The Islamic State, which refers to ISIS (Footnote 4)]

4. Goal for injuries: 8 or more insha Allah

5. Vital Spots:

6. Insha Allah: will carry the knife in my pants and walk to the bathroom. Liestiening to multiple nasheeds [Islamic vocal works with religious themes praising Allah], send I love you test all family before Jihad. Insha Allah there are multiple people, and I can hit them in vital spots in their bodys. While at home I will keep the quran open to the verse "We are permitted to fight."

Plan B Jihad (grocery store Jihad)

1. Weapon knife

2. Mask, tactical gloves and hat

3. A note of Alligance to Dawlat Al Islamiya [Dawalt Al Islamiyah translates to The Islamic State, which refers to ISIS (Footnote 4)]

4. Goal of injuries: 11 or more

5. Vital Spots

Insha Allah separate from my mother in the grocery store. Do salah [perform the obligatory Islamic prayer] before the attack. Put on the things for the attack, Insha Allah. Hope to die by the hands of police. I hope to stab at least 11 or more with precision and speed. We will attack the police once they arrive and insha allah : will enter Jannah as a martyr.

58. In my training and experience, this is a final preparation step for Sturdivant in his plans to conduct killing and jihad and martyrdom. Sturdivant articulates his exact strategy, which continues to show his detailed desire to kill. In my training and experience, writing exact plans for notes such as this is one of the final steps in the indicators of mobilization for a violent and deadly attack.



Fig. 15

59. While searching Sturdivant's bedroom, one blue "Kobalt" hammer, a wooden handled hammer, and two butcher knives were found hidden underneath Sturdivant's bed (Fig. 16). These items are significant because they appear to visually match a previously sent direct message on Social Media Platform 1 to the OC (Fig. 6). Furthermore, during an interview of Sturdivant's grandfather on December 29, 2025, with the FBI, he stated that he hid and/or locked away knives and tools from Sturdivant so that he could not use them as weapons against others. Based on my training and experience, the two hammers and

knives were collected by Sturdivant in furtherance of his planned attack. I would submit, Sturdivant's acquisition and secretion of the weapons was a substantial step in carrying out the planned attack. I conclude this because, even though these are common household items, they were hidden under Sturdivant's bed with the intent to be used in a planned terrorist attack, and likely to prevent his grandfather or others from thwarting his attack.



Fig. 16

60. In Studivant's bedroom a target list, titled "Islamic Brotherhood of Jihad (Subgroup of Al-Queda)" was found (Fig. 17). The letter detailed the following targets: "1. Non-Muslim (jews, Christians, Pagans), 2. gays and Lgbtq, 3 Capitalist, 4. Democracy, Republicanism, 5. Law-Enforcement Officials (Federal, Local), 6. Military personnel" (Fig 8). Based on my training and experience, this target list is consistent with Sturdivant's post on Social Media

Platform 1 (Fig. 3), in which ISIS has a historic practice of casting Christians as a threat to all of Islam and calling for the extermination of all non-believers.



Fig. 17

61. Tactical gloves and a vest labeled as built with Kevlar were found in Sturdivant's bedroom (Fig 18 and Fig. 19). Based on my training experience Fig. 15 and 16 are the same images that were published on Sturdivant's Social Media Account 1 (Fig. 1 and Fig. 2). Although the vest could be used for physical fitness training, Sturdivant's description of the vest and his written statement that it was "Kevlar," a material used in protective bulletproof vests, that make me conclude, in my training and experience, it was acquired as part of his plan for attack, much like his acquisition of the tactical gloves.



Fig 18.



Fig 19.

**CONCLUSION**

62. I submit that there is probable cause to issue a criminal complaint and arrest warrant for Christian Sturdivant for a violation of Title 18 United States Code Section 2339B— Attempted Providing Material Support or Resources to a Designated Foreign Terrorist Organization.

**/s/ JOHN RYAN ANTHONY**

_____

JOHN RYAN ANTHONY, Special Agent
Federal Bureau of Investigation

*This Affidavit was reviewed by AUSA Robert J. Gleason.*

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 31st day of December, 2025, at _8:02_ AM.

_____

HONORABLE W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE